IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-129-FL-1

UNITED STATES OF AMERICA     )
     )
v.     )
     )     ORDER
DAVID ANDREW KIRTON, JR.,     )
     )
Defendant.     )

This matter is before the court on defendant's motion for early termination of supervised release (DE 146). Upon review of the motion, the responses of the government and probation office, and the record in this case, defendant has not demonstrated good cause for early termination. Continuation of supervised release in good standing, with successful employment and community activities as described by defendant, is consistent with the court's expectations at sentencing. The court commends defendant for his record of achievement while on supervised release. Early termination is not warranted at this time, however, given the nature and circumstances of defendant's underlying convictions and his criminal history. Defendant also has not shown that supervision is hindering his commendable efforts at rehabilitation. To the extent not covered by analysis above, the court also declines to terminate supervision for the reasons stated in the government's opposition (DE 147). Accordingly, defendant's motion is DENIED.

SO ORDERED, this the 13th day of July, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge